**Mary Ann GIBLIN, wife of, and Thomas Giblin and Department of Highways of the State of Louisiana.**

No. 49151.

March 25, 1968.

Writ refused. Since the trial court overruled the exception, the ruling does not finally dispose of the case and applicant has an adequate remedy by appeal in the event of an adverse judgment on the merits.

208 So.2d 321

**STATE of Louisiana ex rel. John J. McKEITHEN, Governor of the State of Louisiana, and Jack P. F. Gremillion, Attorney General of the State of Louisiana**

v.

**Jessel M. OURSO, Sheriff of the Parish of Iberville, State of Louisiana.**

No. 49155.

March 25, 1968.

The application is denied. There appears no error in the ruling complained of.

BARHAM, J., dissents.